UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Dion Neal,

      Plaintiff,                                              Case No. 07-15137

v.                                                                Hon. Nancy G. Edmunds

Linda R. Butts, Sheila M. Bastin,
Francine Tolliver, and Correctional
Medical Services

      Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendants' motion to dismiss and/or for summary judgment is GRANTED as to Defendants Butts and Bastin in their official capacities, and DENIED as to Defendants Butts and Bastin in their individual capacities.

SO ORDERED.

                                              s/Nancy G. Edmunds
                                              Nancy G. Edmunds
                                              United States District Judge

Dated: July 9, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 9, 2008, by electronic and/or ordinary mail.

                                              s/Carol A. Hemeyer
                                              Case Manager